Rhett M. Miller
PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP
137 West 13th Street
P.O. Box 910
Burley, Idaho 83318
(208) 878-8382
(208) 878-0146 - fax
rhett@pmt.org
Idaho State Bar 11163
*Counsel for R. Wayne Klein*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>　JONATHON PEIRSOL,<br><br>　　　　　　　Debtor. | Bankr. Case No.　19-40782-JDP<br><br><br>Chapter 7 |
| R. WAYNE KLEIN, J & J CHEMICAL, INC.,<br>CHAPTER 11 PLAN ADMINISTRATOR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JONATHON PEIRSOL (aka JON PEIRSOL),<br><br>　　　　　　Defendant. | Adv. Proceeding No. 20-08060-JDP |

**SETTLEMENT OF ADVERSARY PROCEEDING**

COMES NOW Plaintiff R. Wayne Klein, ("Plan Administrator"), by and through counsel and Jonathon Peirsol, by and through counsel and hereby agree to settle and resolve the above captioned adversary proceeding as follows:

1. Defendant shall pay Plaintiff the sum of $27,000.00 (such funds are currently being held in Mr. Bennett's trust account).

2. Upon receipt of such payment, Plaintiff shall dismiss the above captioned adversary proceeding with prejudice.

3. Upon receipt of such payment, Plaintiff shall amend his Claim 7 in the above captioned bankruptcy case, releasing any claimed security on the remainder of such claim, thereby joining the pool of general unsecured creditors.

4. All actions above shall be completed by May 20, 2022 unless the parties determine that Court approval is required to consummate this agreement, in which case, a Motion to Approve this settlement shall be filed by May 20, 2022 and such settlement shall be consummated within 10 days of approval, if granted.


DATED May 16, 2022

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP

/s/ Rhett M, Miller
Rhett M. Miller
Attorney for Plaintiff

FOLEY FREEMAN

/s/ Matthew G. Bennett via E-Mail 5/16/2022
Matthew G. Bennett
Attorney for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served copies of the foregoing electronically through the CM/ECF system on May 16, 2022, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew George Bennett on behalf of Defendant Jonathon Peirsol
mbennett@foleyfreeman.com, abennett@foleyfreeman.com;r59345@notify.bestcase.com

Rhett Michael Miller on behalf of Plaintiff Wayne Klein
rhett@pmt.org

**PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP**

/s/ Rhett M. Miller_____
Rhett M. Miller
Attorney for Plaintiff